UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                            :

FRANKIE MONEGRO,                     :

                   Plaintiff,         :               21-cv-3339 (LJL)

     -v-                          :

                            :               ORDER

STREET INSIDER DOT COM INC.,    :

               Defendant.      :

                            :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2022

LEWIS J. LIMAN, United States District Judge:

      In its Opinion and Order of February 11, 2022, the Court stated: "Plaintiff may file an amended complaint within 30 days of the date of this Order, or else the case will be closed." Dkt. No. 23 at 8.  The thirty-day period has passed, and no amended complaint has been filed. Accordingly, the case will be closed.

      The Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: March 15, 2022
       New York, New York                          LEWIS J. LIMAN
                                       United States District Judge